IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| COASTAL STATION DEVELOPMENT CO., LLC, | § § § | No. 124, 2021 |
| Defendant Below, Appellant, | § § § § § | Court Below—Superior Court of the State of Delaware |
| v. | § § | C.A. No. N18C-12-100 |
| IRON HILL BREWERY OF REHOBOTH BEACH, LLC, | § § § | |
| Plaintiff Below, Appellee. | § § § § | |

Submitted: October 20, 2021
Decided: November 2, 2021

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## O R D E R

This 2nd day of November, 2021, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of the March 10, 2021 Decision Following Trial.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice